UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Brandon Z.S.,

Petitioner,

v.

Todd Blanche, *in his official capacity as Attorney General of the United States*; Markwayne Mullin, *in his official capacity as Secretary of the Department of Homeland Security*; David J. Venturella, *in his official capacity as Acting Director of United States Immigration and Customs Enforcement*; David Easterwood, *in his official capacity as Acting Director, St. Paul Field Office, U.S. Immigration and Customs Enforcement*; and Eric Tollefson, *in his official capacity as Sheriff of Kandiyohi County*,

Respondents.

File No. 26-cv-4679 (ECT/SGE)

**ORDER**

---

Petitioner Brandon Z.S. has filed a Verified Petition for Writ of Habeas Corpus ("Petition") [ECF No. 1]. Based on all the files, records, and proceedings herein, **IT IS ORDERED THAT:**

1. Respondents are directed to file an answer to the Petition by no later than **November 16, 2026**, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

2. Respondents' answer should include:

a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the Petition;

b. A reasoned memorandum of law and fact explaining Respondents' legal position on Petitioner's claims;

c. Respondents' recommendation on whether an evidentiary hearing should be conducted; and

d. Whether the absence of a warrant preceding Petitioner's arrest necessitates Petitioner's immediate release.

3. If Petitioner intends to file a reply to Respondents' answer, Petitioner must do so by no later than **November 23, 2026**. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

4. To the extent Petitioner seeks an order enjoining Brandon Z.S.'s transfer outside of this District pending adjudication of his petition, this request is **DENIED WITHOUT PREJUDICE** to its reconsideration once these matters have been fully briefed.

Dated: November 2, 2026

s/ Eric C. Tostrud
Eric C. Tostrud
Chief Judge, United States District Court